IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLYN ORAVITZ,<br>    Plaintiff<br><br>vs.<br><br>SAXONBURG BOROUGH,<br>    Defendant | Civil Action No. 10-125<br>Chief U.S. District Judge Gary L. Lancaster/<br>Chief U.S. Magistrate Judge Amy Reynolds Hay |

## ORDER

AND NOW, this 31st day of August, 2010, after the Plaintiff, Carolyn Oravitz, filed an action in the above-captioned case, and after Motions to Dismiss were filed by Defendant, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until August 23, 2010, to file written objections thereto, upon consideration of the objections filed by plaintiff which are without merit, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Defendants' Motions to Dismiss the Amended Complaint for failure to state a claim (ECF Nos. 10, 22) are granted.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                /s/ Gary L. Lancaster
                GARY L. LANCASTER
                Chief United States District Judge

cc: Honorable Amy Reynolds Hay
   Chief United States Magistrate Judge

   All Counsel of Record by electronic filing