IN THE UNITED STATES DISTRICT COURT
OF THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN ORAVITZ | ) | Civil Action No. 10-CV-000125 |
| Plaintiff, | ) | |
| v. | ) | |
| SAXONBURG BOROUGH, BRIAN ANTOSZYK, WILLIAM GILLESPIE, PATRICIA RINEBOLT, B. DENNIS CHAMBERS, RICHARD FOUST, DAVID FELSING, GENE HOWARD, HARRY FLEISCHER, GARY PODGORNIK, MICHAEL LAZAROFF, AND ERIK BERGSTROM | ) | **ORDER OF COURT** |
| Defendants, | ) | |

**ORDER OF COURT**

AND NOW, this 15 day of October 2010, upon consideration of Plaintiff's Objections to Bill of Costs, which the Court will construe as a Motion for Reconsideration of the Imposition of Costs, IT IS HEREBY ORDERED that the Motion is DENIED and the Clerk's taxation of costs is AFFIRMED.

BY THE COURT:

/s/